**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re: Stephen M. Caudill** | ) | 17 B 25530 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

*Notice Of Motion/ Certificate Of Service*

Stephen M. Caudill
6604 S. Kimbark Unit 1S
Chicago, IL 60637
*Via U.S. Mail*

David M. Siegel
*Via ECF noticing procedures*


On July 24, 2019 at 9:00 A.M. I will appear in:

> Courtroom 613
> 219 S Dearborn St
> Chicago, IL  60604

and present this Motion, a copy of which is hereby served upon you.

I certify under penalty of perjury that I mailed a copy of this notice to the above listed persons by first class US mail, postage prepaid, or as otherwise listed on July 03, 2019.

/s/A. Stewart Chapman
for Marilyn O Marshall, Trustee


Office of the Chapter 13 Trustee
Marilyn O Marshall
224 South Michigan Ave.
Suite 800
Chicago, Illinois 60604
312-431-1300

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:  Stephen M. Caudill** | ) | **17 B 25530** |
| | ) | |
| Debtor(s) | ) | **Judge Deborah L. Thorne** |

*Motion to Modify Plan*

NOW COMES Marilyn O. Marshall, Standing Trustee, and requests that the Debtor's confirmed Chapter 13 Plan be modified pursuant to 11 USC Section 1329, and in support thereof states as follows:

1. The Debtor filed for relief pursuant to Chapter 13 on August 25, 2017.

2. On December 14, 2017 the Debtor's Plan was confirmed.  The Debtor's confirmed Chapter 13 Plan requires that the Debtor make plan payments in the amount of $400.00 for a term of 60 months, providing that the unsecured creditors receive not less than 10% of their allowed claims.

3. The Debtor's confirmed plan requires the debtor to tender copies of tax returns to the Trustee on an annual basis.

4. According to the Debtor's 2018 tax return, his annual income has significantly increased since the plan was confirmed. The Debtor's Schedule I lists monthly gross income in the amount of $9,418.00, which is annual income of $113,016.00.  The Debtor's 2018 tax return shows an adjusted gross income of $248,261.00, which equates to an increase in his monthly income from the $9,418.00 listed on his Schedule I to $20,688.42.

5. The Debtor therefore has an additional $11,270.42 in disposable income that should be committed to the Debtor's plan payments.

6. The Debtor has to date not asked this court to increase his plan payments for the benefit of creditors while his income has increased significantly.

7. The Debtor's post-petition wages are property of the bankruptcy estate pursuant to 11 U.S.C. §1306.

8. The Trustee has not received the final payments on this case and at filing there remains a balance due of approximately $15,186.14.

WHEREFORE, the Trustee prays that the Debtor's plan be amended to increase the Debtor's plan payments from $400.00 to $8,289.29 per month, increase the percentage to be paid to unsecured creditors to 100%, and for any further relief this court deems appropriate.

Respectfully submitted,

/s/ A. Stewart Chapman
for Marilyn O Marshall, Trustee

Office of the Chapter 13 Trustee, Marilyn O. Marshall
224 South Michigan Ave., Suite 800
Chicago, Illinois 60604
(312) 431-1300P